

2010-29870
FILED
July 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002757639

2

PROBER & RAPHAEL, A LAW CORPORATION
DEAN PROBER, ESQ., #106207
LEE S. RAPHAEL, ESQ., #180030
CASSANDRA J. RICHEY, ESQ. #155721
P.O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
F.040-1646
Attorneys for Secured Creditor U.S. Bank, N.A., Successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-29870-A-1 |
| MICHELE MARKIE AKA MICHELE JACKSON | Motion No. PPR-1 |
| | CHAPTER 7 |
| Debtor. | Hearing-<br>Date : July 6, 2010<br>Time : 9:00 a.m. |
| DAVID GRAVELL, | Place : U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA |
| Trustee, | Courtroom 28 Dept. A<br>Judge: Michael S. McManus |
| _____ / | |

ORDER FOR RELIEF FROM AUTOMATIC STAY

It appearing that neither the Debtor nor the Chapter 7 Trustee has any opposition to Secured Creditor's Motion for Relief from Automatic Stay, and with good cause appearing therefore, the Court makes its Order as follows:

RECEIVED
July 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002757639

IT IS HEREBY ORDERED that the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished as to U.S. Bank, N.A., Successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **3394 Cimmerron Court 11, Cameron Park California,** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that, because it appears the value of the collateral does not exceed Secured Creditor's claim, Secured Creditor is not awarded attorneys' fees and costs for the Motion.

IT IS FURTHER ORDERED that the provisions of California Civil Code §2924g(d) run concurrently with Bankruptcy Rule 4001(a)(3) and Bankruptcy Rule 4001(a)(3) is not waived.

IT IS FURTHER ORDERED that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code Section 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of this order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code Section 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

Dated: July 08, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge